# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1220.  LA'SHAWN GIBBS v. ENTERPRISE LEASING COMPANY OF GEORGIA, LLC.**

This appeal was docketed in this Court on February 24, 2017, making Appellant's enumeration of errors and brief due on March 16, 2017.  Court of Appeals Rule 23 (a).  On March 22, 2017, this Court ordered the Appellant to file his enumeration of errors and brief no later than March 31, 2017.  Because the Appellant has failed to comply with this Court's rules and the order of March 22, 2017, this appeal is deemed abandoned and is hereby DISMISSED.  Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/14/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*